# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OAK-HEE KIM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLESLEY HOUSING AUTHORITY, et al., ) <br> ) <br> Defendants. ) | Case No. <br> 21-mc-91573-FDS |

## FINAL ORDER OF DISMISSAL

In accordance with the Order dated November 4, 2021, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 11/4/2021

By the Court,

/s/ Matthew McKillop
Deputy Clerk